

DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Joseph P. Lavelle
joe.lavelle@dlapiper.com
T 202.799.4780
F 202.799.5021

December 2, 2016
VIA CM/ECF

Honorable Gary L. Sharpe
U.S. District Court for the Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, New York 12207

Re:   *PPC Broadband, Inc. v. Corning Optical Communications RF LLC*
      Case No. 5:16-cv-00162-GLS-DEP

Dear Judge Sharpe:

We represent the defendant, Corning Optical Communications RF LLC, in the above-referenced case.

We write to respectfully request an extension for the date to file and serve the Reply to Corning's Motion for Summary Judgment on indefiniteness pending as Docket No. 41. The plaintiff, PPC Broadband, Inc., agrees to the requested extension as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Filing and Service of Reply to Corning's Motion for Summary Judgment | December 5, 2016 | December 9, 2016 |

Thank you for your consideration of this request.

Respectfully,

DLA Piper LLP (US)

Joseph P. Lavelle

JPL

cc:   Counsel of Record (via CM/ECF)

EAST\137762173.1

SO ORDERED:

Gary L. Sharpe
U.S. District Judge
Date: 12/2/16