UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PPC BROADBAND, INC.,<br><br>    *Plaintiff,*<br><br>-vs-<br><br>CORNING OPTICAL<br>COMMUNICATIONS RF, LLC,<br><br>    *Defendant.* | **STIPULATION OF DISMISSAL**<br><br>Civil Action No. 5:16-cv-00162-GLS-DEP |

  **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for the appearing parties, that this case, including all claims and defenses of both parties, should be dismissed with prejudice, with each party to bear its own costs, as a result of and subject to a Patent Settlement and Technical Collaboration Agreement between the parties executed December 29, 2016.

  The parties further agree that, notwithstanding the dismissal with prejudice herein, if the patents at issue in this case are asserted against defendant Corning Optical Communications RF, LLC ("Corning") in the future, Corning shall have the right to challenge the validity, enforceability, or infringement of these patents in such future action, and plaintiff PPC Broadband, Inc. shall have the right to respond to such challenge.

| **BARCLAY DAMON, LLP** | **DLA PIPER, LLP** |
|---|---|
| By: _____s/ John D. Cook_____<br>  Douglas J. Nash (511889)<br>  John D. Cook (511491)<br><br>Office and Post Office Address<br>Barclay Damon Tower | By: _____s/ Joseph P. Lavelle_____<br>  Joseph P. Lavelle (*pro hac vice*)<br>  Andrew N. Stein (514620)<br><br>Office and Post Office Address<br>500 Eighth Avenue NW |

12915749.1

| | |
|---|---|
| 125 East Jefferson Street<br>Syracuse, NY 13202<br>Telephone:   (315) 425-2885<br>Facsimile:   (315) 703-7353<br>E-Mail: jcook@barclaydamon.com | Washington, DC 22004<br>Telephone:   (202) 799-4782<br>Facsimile:   (202) 799-5022<br>E-Mail: joe.lavelle@dlapiper.com |
| *Attorneys for Plaintiff*<br>PPC Broadband, Inc. | *Attorneys for Defendant*<br>Corning Optical Communications RF, LLC |

**IT IS SO ORDERED.**

Dated: January 3, 2017
      Albany, New York

_____
Hon. Gary L. Sharpe
Senior U.S. District Judge